# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMEGOODS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 20-cv-01407-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 13] |

On December 15, 2020, Plaintiff Julissa Cota and Defendant Homegoods, Inc. filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice.  Each party shall bear their own costs and attorney's fees.  The Court **DIRECTS** the Clerk of Court to terminate all pending motions and deadlines and close this case.

**IT IS SO ORDERED.**

Dated:  December 16, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge